# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHAEL VIGIL,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>SOUTHERN NEVADA REGIONAL HOUSING AUTHORITY, *et al.*,<br><br>　　　　　　Defendants. | Case No. 2:15-cv-01738-APG-CWH<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION, OVERRULING OBJECTION, AND DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Magistrate Judge Hoffman issued a report and recommendation denying plaintiff Michael Vigil's application to proceed in forma pauperis because he found, based on the information Vigil provided, that Vigil's income was sufficient to pay the filing fee. ECF No. 6 at 1-2. Vigil objects, arguing that the cases Judge Hoffman relied on are factually distinct. ECF No. 7. Three months later, Vigil paid the $400 filing fee. ECF No. 8.

Although Vigil has paid the filing fee, I nevertheless conducted a de novo review of the issues set forth in the report and recommendation. Vigil's application shows total monthly income of $1,090. ECF No. 3 at 2. He also owns two cars worth $1,200 total. *Id.* at 3. Vigil's application claims monthly expenses in the amount of $328.79. *Id.* In his application, he denies any other debts or financial obligations. *Id.* Vigil's income thus sufficiently exceeds his expenses that he is able to afford the filing fee.

IT IS THEREFORE ORDERED that Judge Hoffman's report and recommendation **(ECF No. 6) is accepted** and plaintiff Michael Vigil's objection **(ECF No. 7) is overruled**.

IT IS FURTHER ORDERED that plaintiff Michael Vigil's application to proceed informa pauperis **(ECF No. 3) is DENIED**.

/ / / /

/ / / /

/ / / /

IT IS FURTHER ORDERED that because plaintiff Michael Vigil has paid the filing fee, the clerk of court shall detach and file the complaint.

DATED this 26th day of July, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE