UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MICHAEL VIGIL, | Case No. 2:15-cv-01738-APG-CWH |
| Plaintiff, | |
| v. | **ORDER DENYING MOTION TO DISMISS AS MOOT** |
| SOUTHERN NEVADA REGIONAL HOUSING AUTHORITY, *et al.*, | (ECF No. 12) |
| Defendants. | |

In light of the amended motion to dismiss (ECF No. 17),

IT IS ORDERED that defendant Southern Nevada Regional Housing Authority's motion to dismiss **(ECF No. 12) is DENIED as moot**.

DATED this 27th day of September, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE