# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MICHAEL VIGIL,

    Plaintiff,

v.

HUD WASH D.C., SNRHA, et al,

    Defendants.

Case No. 2:15-cv-01738-APG-CWH

**ORDER**

Presently before the Court is Defendants' motion to strike (ECF No. 26), filed on November 28, 2016. Pro se Plaintiff Michael Virgil filed a response (ECF No. 27) on December 9, 2016, and Defendants filed a reply (ECF No. 30), filed on December 16, 2016.

Defendants request that the Court strike portions of Plaintiff's demand for trial by jury (ECF No. 25) that they argue contain extraneous allegations. Upon review, ECF No. 25 contains a demand for trial by jury as well as allegations against Defendants, and proffers of Plaintiff's trustworthiness. The Court construes ECF No. 25 as a combined demand for trial by jury and motion to supplement to the pleadings.

Under Local Rule 7-2(g), a party may not file supplemental pleadings, briefs, authorities, or evidence without leave of the Court granted for good cause. Plaintiff has not requested leave to file the supplementary material, and the Court does not find good cause to do so.

IT IS THEREFORE ORDERED that Defendants' motion to strike (ECF No. 26) is GRANTED. Pages two through seven of Plaintiff's demand for jury trial (ECF No. 25) shall be disregarded for all purposes in this case.

DATED: February 8, 2017.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge

1